IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM H. TANKERSLEY,
    Petitioner,

vs.                                            Case No. 3:07cv154/RV/EMT

SCOTT P. FISHER, WARDEN,
    Respondent.
_____/

**O R D E R**

    This matter is before the court on Petitioner's correspondence to the court, construed as a motion to amend his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, and amended petition (Docs. 1, 4). Petitioner paid the filing fee and provided the appropriate number of service copies of the amended petition, therefore, Respondent shall now be required to respond to the amended petition.

    Accordingly, it is **ORDERED**:

    1.    Petitioner's correspondence to the court (Doc. 4), construed as a motion to amend his habeas petition, is **GRANTED**.

    2.    The clerk of court is directed to furnish a copy Petitioner's amended petition (Doc. 1) to Respondent and the United States Attorney for this District.

    3.    Respondent shall have **SIXTY (60) DAYS** from the date of docketing of this order to show cause, if any, why the requested relief should not be granted.

    **DONE AND ORDERED** this 16th day of April 2007.

    /s/ *Elizabeth M. Timothy*
    **ELIZABETH M. TIMOTHY**
    **UNITED STATES MAGISTRATE JUDGE**

Dockets.Justia.com