IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM H. TANKERSLEY
  Petitioner,

vs.              Case No.: 3:07cv161/MCR/EMT

HARRY G. LAPPIN, et al.,
  Respondents.
_____/

## O R D E R

  This cause is before the court on Petitioner's petition for writ of mandamus filed pursuant to 28 U.S.C. §1361 (Doc. 1). This case was transferred to this district from the United States District Court for the District of Columbia, Case No. 1:07cv00342-UNA (*see* Doc. 4). Before this case was referred to the undersigned, Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 with this court and requested that the court consolidate the habeas action and the mandamus action and proceed on his habeas petition (*see* Case No. 3:07cv154/RV/EMT, Docs. 1, 4). Not realizing that a separate case had been opened on the mandamus petition, the undersigned construed Petitioner's request as a motion to amend his petition and granted the motion (*see id.*, Doc. 5). The undersigned also directed Warden Fisher, the Respondent in the habeas action, to respond to Petitioner's habeas petition (*id.*). Upon referral of the instant case to this court and upon review of the respective files in this case and Case. No. 3:07cv154/RV/EMT, the undersigned has determined that these cases present common questions of fact or law, have been initiated by the same Petitioner, and involve the same events. Accordingly, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, this case is hereby consolidated with Case No. 3:07cv154/RV/EMT for all further proceedings. All further papers and pleadings shall be filed only in Case No. 3:07v154/RV/EMT.

Accordingly, it is **ORDERED**:

1.	The clerk of court is directed to consolidate this case with Case No. 3:07cv154/RV/EMT, and all future pleadings shall be filed in Case No. 3:07cv154/RV/EMT

2.	A copy of this order shall be placed by the clerk in 3:07cv154/RV/EMT.

**DONE AND ORDERED** this 20th day of April 2007.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**