IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM H. TANKERSLEY,
    Petitioner,

vs.                                             Case No.  3:07cv154/RV/EMT

SCOTT P. FISHER, WARDEN,
    Respondent.
_____/

## O R D E R

       This cause is before the court on Respondent's answer (Doc. 10) to the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1).  Respondent seeks denial of the petition for writ of habeas corpus and cites authority in support of denial.  It now appears that the interests of justice would best be served by allowing Petitioner an opportunity to reply to the answer.

       Accordingly, it is therefore **ORDERED**:

       Petitioner shall reply to the answer (Doc. 10) within **TWENTY (20) DAYS** from the date of docketing of this order.

       **DONE AND ORDERED** this 13th day of June 2007.

                                               /s/ *Elizabeth M. Timothy*
                                             **ELIZABETH M. TIMOTHY**
                                             **UNITED STATES MAGISTRATE JUDGE**