IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM H. TANKERSLEY,
    Petitioner,

vs.                              Case No.  3:07cv154/RV/EMT

SCOTT P. FISHER, Warden,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 7, 2007.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Petitioner's Motion for Enlargement on Recognizance and Renewed Motion (Docs. 15, 28) are **DENIED**.

**DONE AND ORDERED** this 19th day of November, 2007.

                                        /s/ *Roger Vinson*
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**